Louis S. Ederer
Alan C. Veronick
Maxwell C. Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SWEET PEOPLE APPAREL, INC. d/b/a MISS ME

Plaintiff,

- against -

XYZ COMPANY d/b/a MISSME-JEANS.COM, XYZ COMPANY d/b/a MISSMEJEANSOUTLET.COM, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10

Defendants.

------------------------------------------------------------ x

Civil Action No. 1:12-cv-07506-SAS

**[PROPOSED] AMENDMENT TO *EX PARTE* TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEBSITES, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION ENTERED ON OCTOBER 5, 2012**

WHEREAS, on October 5, 2012, the Court entered an *Ex Parte* Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction ("TRO") in the above-captioned matter (Dkt. No. 3), directing, inter alia, that certain websites (defined therein as the "Infringing Miss Me Domain Websites")operating under domain names using Plaintiff's federally registered MISS ME trademark and service mark (defined therein as the "Infringing Miss Me Domain

Names") be disabled, and that the domain name registrations for the Infringing Miss Me Domain Names be deactivated (TRO, p. 9); and

WHEREAS, the TRO further directed that the registrars of the Infringing Miss Me Domain Names also produce documents with respect to such domain names, the websites associated therewith, and the operators of those websites, such registrars to include, but not be limited to, eNom, Inc. and Namecheap, Inc. (TRO, pp. 6-7); and

WHEREAS, by Order dated October 17, 2012, the Court extended the TRO for fourteen days (Dkt. No. 5), *i.e.*, until November 2, 2012; and

WHEREAS, as set forth in a letter to the Court from Plaintiff's counsel dated October 18, 2012, there appear to be additional domain names that infringe Plaintiff's registered MISS ME trademark and service mark, including "missmejeansoutlets.com" and "missme-jeans.org", and at least two additional registrars thereof, namely NameSilo, LLC and Privacy Guardian.

NOW, good cause having been shown therefor, the Court hereby amends the TRO in the following respects:

1.     The defined terms "Infringing Miss Me Domain Names" and "Infringing Miss Me Websites" are hereby amended to include the domain names "missmejeansoutlets.com" and "missme-jeans.org" and, respectively, the corresponding websites "www.missmejeansoutlets.com" and "www.missme-jeans.org".

2.     Any references in the TRO to the registrars of the Infringing Miss Me Domain Names shall be amended to include specifically the registrars NameSilo, LLC and Privacy Guardian.

3.  All Orders contained in the TRO with respect to the Infringing Miss Me Domain Names, the Infringing Miss Me Websites, the operators of any of the Infringing Miss Me Websites, and the registrars of the Infringing Miss Me Domain Names, shall be binding upon the additional domain names, websites and domain name registrars referred to in Paragraphs 1 and 2 above, including, without limitation, the Orders that such domain names be deactivated; that such websites be disabled; and that the registrars produce documents with respect to such domain names and website.

4.  In addition to the foregoing, for so long as the TRO remains in place, the registrars of any Infringing Miss Me Domain Names are ordered not to register any new domain names containing the words "missme" to any registrant having any of the same identifying information as the registrants of the Infringing Miss Me Domain Names and/or the Infringing Miss Me Websites, including without limitations registrants associated with the email address "yujingleng@gmail.com".

SO ORDERED this 19 day of October, 2012.

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

3