Louis S. Ederer
Alan C. Veronick
Maxwell C. Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

SWEET PEOPLE APPAREL, INC. d/b/a MISS    :    Civil Action No. 12-Civ-7506 (SAS)
ME

               Plaintiff,    :

        - against -    :

XYZ COMPANY d/b/a MISSME-JEANS.COM,  :
XYZ COMPANY d/b/a
MISSMEJEANSOUTLET.COM, XYZ        :
COMPANIES 1-10, and JOHN AND JANE   :
DOES 1-10

          Defendants.    :

-------------------------------------------------------------- x

## DECLARATION REQUESTING CERTIFICATE OF DEFAULT

ALAN C. VERONICK, an attorney duly admitted to practice before this Court, hereby

declares the following under penalty of perjury:

1.      I am an associate with the firm of Arnold & Porter LLP, attorneys for plaintiff

Sweet People Apparel, Inc. d/b/a MISS ME ("Sweet People") in the above-captioned action. I

am fully familiar with the facts and circumstances surrounding this action and make this

declaration to request a Certificate of Default pursuant to Fed. R. Civ. P. 55(a) and Local Rule

55.1.

2.      I respectfully request a Certificate of Default against defendants XYZ Company d/b/a missme-jeans.com and XYZ Company d/b/a missmejeansoutlet.com (collectively, the "Defaulting Defendants").  Upon information and belief, the Defaulting Defendants are not infants, in the military, or incompetent persons.

3.      On October 5, 2012, Sweet People filed a Complaint against the Defaulting Defendants and XYZ Companies 1-10 and John and Jane Does 1-10.  Attached hereto as Exhibit A is a true and correct copy of the Complaint.

4.      On October 5, 2012, the Defaulting Defendants were properly served with copies of the Summons and Complaint.  On that date, I personally served the Summons and Complaint by emails sent to eNom, Inc. (at legal@enom.com and copyright@enom.com), the registrar of the missme-jeans.com and missmejeansoutlet.com domain names, and Namecheap, Inc. d/b/a namecheap.com (at abuse@namecheap.com and support@namecheap.com), the registration service provider of the missme-jeans.com and missmejeansoutlet.com domain names, pursuant to the Court's October 5, 2012 *Ex Parte* Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction.  Copies of the Proofs of Service were filed with the Court on November 5, 2012.  Attached hereto as Exhibit B are true and correct copies of the Proofs of Service.

5.      Pursuant to Fed. R. Civ. P. 15, the time for the Defaulting Defendants to respond to the Complaint expired on October 26, 2012.  As of November 5, 2012, the Defaulting Defendants have not answered the Complaint or otherwise defended this action.

WHEREFORE, on behalf of Sweet People, I respectfully request a Certificate of Default against the Defaulting Defendants.

2

Dated: New York, New York
      November 6, 2012

_____
Alan C. Veronick