Louis S. Ederer
Alan C. Veronick
Maxwell C. Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME<br><br>Plaintiff,<br><br>- against -<br><br>XYZ COMPANY d/b/a MISSME-JEANS.COM, XYZ COMPANY d/b/a MISSMEJEANSOUTLET.COM, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10<br><br>Defendants. | Civil Action No. 1:12-cv-07506-SAS<br><br>**[PROPOSED] AMENDMENT TO PRELIMINARY INJUNCTION ORDER ENTERED ON NOVEMBER 5, 2012** |

-------------------------------------------------------------- x

WHEREAS, on October 5, 2012, the Court entered an *Ex Parte* Temporary Restraining Order, order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction ("TRO") in the above-captioned matter (Dkt. No. 3), directing, *inter alia*, that certain websites (defined therein as the "Infringing Miss Me Websites") operating under domain names using Plaintiff's federally registered MISS ME trademark and service mark (defined therein as the "Infringing Miss Me Domain Names") be disabled, and that such domain name registrations for the Infringing Miss Me Domain Names be deactivated (TRO at p. 9); and

WHEREAS, by Order dated October 17, 2012, the Court extended the TRO until November 2, 2012 (Dkt. No. 5); and

WHEREAS, by Order dated October 19, 2012, the Court amended the TRO to include two additional, newly discovered domain names that infringed Plaintiff's registered MISS ME trademark and service mark, namely "missmejeansoutlets.com" and "missme-jeans.org" (Dkt. No.6); and

WHEREAS, by Order dated November 5, 2012, the Court dissolved the TRO and issued a Preliminary Injunction extending the terms of the TRO for the pendency of this litigation (the "PI Order"); and

WHEREAS, as set forth in a letter to the Court from Plaintiff's counsel dated November 13, 2012, there appears to be an additional domain name that infringes Plaintiff's registered MISS ME trademark and service mark, namely "cheapmissmejeans.org", and an additional registrar thereof, GoDaddy.com, LLC.

NOW, good cause having been shown therefore, the Court hereby amends the PI Order in the following respects:

1. The defined terms "Infringing Miss Me Domain Names" and "Infringing Miss Me Websites" are hereby amended to include the domain name "cheapmissmejeans.org" and, respectively, the website accessible at "www.cheapmissmejeans.org".

2. Any references to the registrars of the Infringing Miss Me Domain Names shall be amended to include specifically the registrar GoDaddy.com, LLC.

3. The terms and conditions of the PI Order with respect to the Infringing Miss Me Domain Names, the Infringing Miss Me Websites, the operators of any of the Infringing Miss Me Websites, and the registrars of the Infringing Miss Me Domain Names, shall be binding upon the additional domain name, website and domain name registrar referred to in Paragraphs 1 and 2

above, including without limitation, the order that such domain names be deactivated; the order that such websites be disabled; and the order that the registrars produce documents with respect to such domain names and website.

4.  In addition to the foregoing, for so long as the PI Order remains in place, the registrars of any Infringing Miss Me Domain Names are ordered not to register any new domain names containing the words "missme" to any of registrants with any of the same identifying information as the registrants of the Infringing Miss Me Domain Names and/or the Infringing Miss Me Websites, including without limitation, registrants associated with the email address "yujingleng@gmail.com" or "rapidpaydepartment@gmail.com".

SO ORDERED this 14 day of November, 2012.

_____
SHIRA S. SCHEINDLIN
UNITED STATES DISTRICT JUDGE